IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

DEBORAH SHATSWELL, )
)
        Plaintiff, )
)
vs. ) No. CIV-08-792-W
)
MICHAEL J. ASTRUE, Commissioner )
of the Social Security Administration, )
)
        Defendant. )

## ORDER

On April 10, 2009, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter and recommended that the decision of Michael J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), denying the Application for Supplemental Security Income filed by plaintiff Deborah Shatswell[1] be reversed. Magistrate Judge Bacharach further recommended that this matter be remanded for additional administrative proceedings. The parties were advised of their right to object to Magistrate Judge Bacharach's Report and Recommendation, but neither party objected within the allotted time.

Upon de novo review of the record, the Court concurs with Magistrate Judge Bacharach's suggested disposition of this matter. Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on April 10, 2009;

(2) REVERSES the Commissioner's decision denying Shatswell's Application for Supplemental Security Income;

---

[1] As Magistrate Judge Bacharach noted, there appears to be some confusion over the spelling of the plaintiff's first name.

(3) REMANDS this matter to the Commissioner pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further proceedings before an administrative law judge ("ALJ");

(4) DIRECTS the ALJ upon remand inter alia (a) to follow all applicable and specific rules when weighing the evidence, (b) to consider and discuss the Global Assessment of Functioning ("GAF") scores given by Haisam Al-Khouri, M.D., and Max Edgar, Ph.D., (c) to address the weight to be given to these GAF ratings, and (d) to proceed in accordance with Magistrate Judge Bacharach's Report and Recommendation; and

(5) ORDERS that judgment pursuant to this Order issue forthwith.

ENTERED this 1st day of May, 2009.

LEE R. WEST
UNITED STATES DISTRICT JUDGE